UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PREMIER PROPERTIES USA, INC. | ) | CASE NO. 08-04607-BHL-7A |
| | ) | |
| DEBTOR. | ) | |
| _____ | ) | |
| PHILIP F. BOBERSCHMIDT, TRUSTEE | ) | ADVERSARY PROCEEDING |
| | ) | NUMBER:     10-50368 |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| MRI SOFTWARE, LLC fka | ) | |
| INTUIT REAL ESTATE SOLUTIONS, | ) | |
| INC. dba INTUIT REAL ESTATE | ) | |
| SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now Philip F. Boberschmidt, Trustee, by counsel RUBIN & LEVIN, P.C. and MRI Software, LLC fka Intuit Real Estate Solutions, Inc. dba Intuit Real Estate Solutions, by counsel THOMPSON HINE LLP, and hereby stipulate to the dismissal of the above captioned adversary proceeding, with prejudice.

Respectfully submitted,

| | |
|---|---|
| RUBIN & LEVIN, P.C. | THOMPSON HINE LLP |
| Counsel for Trustee | Counsel for MRI Software, LLC fka Intuit Real Estate Solutions, Inc. dba Intuit Real Estate Solutions |
| | |
| /s/ Elizabeth M. Lally | /s/ Dale S. Smith |
| Elizabeth M. Lally, Atty. No. 28278-49 | Dale S. Smith |
| RUBIN & LEVIN, P.C. | THOMPSON HINE LLP |
| 500 Marott Center | 127 Public Square #3900 |
| 342 Massachusetts Avenue | Cleveland, OH 44114 |
| Indianapolis, IN  46204 | (216) 566-8535–Fax (216) 645-8425 |
| (317) 860-2873--FAX (317) 453-8611 | dale.smith@thompsonhine.com |
| elally@rubin-levin.net | |

CERTIFICATE OF SERVICE

      I hereby certify that on September 29, 2010, a copy of the foregoing *Joint Stipulation of Dismissal With Prejudice* was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

James T. Young
james@rubin-levin.net

Jonathan M. Dickey
jdickey@rubin-levin.net

      I further certify that on September 29, 2010, a copy of the foregoing *Joint Stipulation of Dismissal With Prejudice* was mailed by first-class U.S. Mail, postage prepaid, or via electronic mail as indicated, and properly addressed to the following:

Dale S. Smith
Thompson Hine LLP
127 Public Square #3900
Cleveland OH 44114-1291
dale.smith@thompsonhine.com

                                        /s/ Elizabeth M. Lally
                                        Elizabeth M. Lally

EML/mkc G:\WP80\TRUSTEE\Boberschmidt\Premier Properties USA, Inc 83315201\Adversary\MRI Software fka Intuit\Joint Stipulation of Dismissal.wpd